United States Courts
Southern District of Texas
FILED
MAY 01 2019
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 4:18-CR-455 |
| v. | § § | Criminal No. ~~3:17-CR-455~~ |
| TABBETHA DESTINY ANN MANGIS | § § | |
| Defendant. | § § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Use of an Interstate Facility to Promote Sex Trafficking of a Minor)

From on or about October 1, 2017, through November 23, 2017, in the Southern District of Texas and elsewhere,

**TABBETHA DESTINY ANN MANGIS,**

defendant herein, while aiding and abetting others, did willfully use a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a) and (b)(2), and thereafter performed and attempted to perform an act to

1

promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

**In violation of Title 18, United States Code, Section 1952(a)(3) and (b) and Section 2.**

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: /s/ Sherri L. Zack
Sherri L. Zack
Kimberly A. Leo
Assistant United States Attorney
713-567-9374

2